PHILLIP A. TALBERT
United States Attorney
KEVIN C. KHASIGIAN
Assistant U. S. Attorney
501 I Street, Suite 10-100
Sacramento, CA  95814
Telephone: (916) 554-2700

Attorneys for the United States

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | 2:21-MC-00012-MCE-DB |
| Plaintiff, | |
| v. | STIPULATION AND ORDER EXTENDING TIME FOR FILING A COMPLAINT FOR FORFEITURE AND/OR TO OBTAIN AN INDICTMENT ALLEGING FORFEITURE |
| APPROXIMATELY $48,500.00 IN U.S. CURRENCY, | |
| Defendant. | |

It is hereby stipulated by and between the United States of America and potential claimants Xiaobing Wang, Min Guo, and Lianfeng Li, ("claimants"), by and through their respective counsel as follows:

1.      On or about September 23, 2020, the Homeland Security Investigations seized the above-referenced defendant asset pursuant to a State search and seizure warrant (hereafter "defendant asset").

2.      Under 18 U.S.C. §§ 983(a)(1)(A)(i)-(iv), and 983(a)(3)(A), the United States is required to send notice to potential claimants, file a complaint for forfeiture against the defendant currency, or obtain an indictment alleging that the defendant currency is subject to forfeiture within ninety days of seizure, unless the court extends the deadline for good cause shown or by agreement of the parties.  That deadline was January 20, 2021.

3.      By Stipulation and Order filed January 22, 2021, the parties stipulated to extend to April 20, 2021, the time in which the United States is required to file a civil complaint for forfeiture against the

defendant currency and/or to obtain an indictment alleging that the defendant currency is subject to forfeiture.

4.     By Stipulation and Order filed April 28, 2021, the parties stipulated to extend to June 18, 2021, the time in which the United States is required to file a civil complaint for forfeiture against the defendant currency and/or to obtain an indictment alleging that the defendant currency is subject to forfeiture.

5.     By Stipulation and Order filed June 21, 2021, the parties stipulated to extend to August 17, 2021, the time in which the United States is required to file a civil complaint for forfeiture against the defendant currency and/or to obtain an indictment alleging that the defendant currency is subject to forfeiture.

6.     By Stipulation and Order filed August 17, 2021, the parties stipulated to extend to October 18, 2021, the time in which the United States is required to file a civil complaint for forfeiture against the defendant currency and/or to obtain an indictment alleging that the defendant currency is subject to forfeiture.

7.     By Stipulation and Order filed October 22, 2021, the parties stipulated to extend to December 17, 2021, the time in which the United States is required to file a civil complaint for forfeiture against the defendant currency and/or to obtain an indictment alleging that the defendant currency is subject to forfeiture.

8.     By Stipulation and Order filed December 22, 2021, the parties stipulated to extend to February 15, 2022, the time in which the United States is required to file a civil complaint for forfeiture against the defendant currency and/or to obtain an indictment alleging that the defendant currency is subject to forfeiture.

9.     By Stipulation and Order filed February 16, 2022, the parties stipulated to extend to May 16, 2022, the time in which the United States is required to file a civil complaint for forfeiture against the defendant currency and/or to obtain an indictment alleging that the defendant currency is subject to forfeiture.

10.    As provided in 18 U.S.C. § 983(a)(3)(A), the parties wish by agreement to further extend to August 15, 2022, the time in which the United States is required to file a civil complaint for forfeiture

Stipulation to Extend Time to File Complaint

against the defendant currency and/or to obtain an indictment alleging that the defendant currency is subject to forfeiture.

11.     Accordingly, the parties agree that the deadline by which the United States shall be required to file a complaint for forfeiture against the defendant currency and/or to obtain an indictment alleging that the defendant currency is subject to forfeiture shall be extended to August 15, 2022.

Dated:   5/12/2022

PHILLIP A. TALBERT
United States Attorney

By:     /s/ Kevin C. Khasigian
KEVIN C. KHASIGIAN
Assistant U.S. Attorney

Dated:   5/12/2022

/s/ Mark J. Reichel
MARK J. REICHEL
Attorney for Potential Claimants
Xiaobing Wang, Min Guo, and Lianfeng Li
(Signature authorized by email)

IT IS SO ORDERED.

Dated:  May 24, 2022

_____
MORRISON C. ENGLAND, JR.
SENIOR UNITED STATES DISTRICT JUDGE

Stipulation to Extend Time to File Complaint