PHILLIP A. TALBERT
United States Attorney
KEVIN C. KHASIGIAN
Assistant U. S. Attorney
501 I Street, Suite 10-100
Sacramento, CA  95814
Telephone: (916) 554-2700

Attorneys for the United States

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>          Plaintiff,<br><br>   v.<br><br>APPROXIMATELY $48,500.00 IN U.S. CURRENCY,<br><br>          Defendant. | 2:21-MC-00012-MCE-DB<br><br>STIPULATION AND ORDER EXTENDING TIME FOR FILING A COMPLAINT FOR FORFEITURE AND/OR TO OBTAIN AN INDICTMENT ALLEGING FORFEITURE |

It is hereby stipulated by and between the United States of America and potential claimants Xiaobing Wang, Min Guo, and Lianfeng Li, ("claimants"), by and through their respective counsel as follows:

1.      On or about October 22, 2020, claimants filed claims in the administrative forfeiture proceeding with the Department of Homeland Security, U.S. Customs and Border Protection ("CPB") with respect to the Approximately $48,500.00 in U.S. Currency (hereafter "defendant currency"), which was seized on or about August 26, 2020.

2.      The CBP has sent the written notice of intent to forfeit required by 18 U.S.C. § 983(a)(1)(A) to all known interested parties.  The time has expired for any person to file a claim to the defendant currency under 18 U.S.C. § 983(a)(2)(A)-(E), and no person other than claimants has filed a claim to the defendant currency as required by law in the administrative forfeiture proceeding.

3.       Under 18 U.S.C. § 983(a)(3)(A), the United States is required to file a complaint for forfeiture against the defendant currency and/or to obtain an indictment alleging that the defendant currency is subject to forfeiture within ninety days after a claim has been filed in the administrative forfeiture proceeding, unless the court extends the deadline for good cause shown or by agreement of the parties.  That deadline was January 20, 2021.

4.       By Stipulation and Order filed January 22, 2021, the parties stipulated to extend to April 20, 2021, the time in which the United States is required to file a civil complaint for forfeiture against the defendant currency and/or to obtain an indictment alleging that the defendant currency is subject to forfeiture.

5.       By Stipulation and Order filed April 28, 2021, the parties stipulated to extend to June 18, 2021, the time in which the United States is required to file a civil complaint for forfeiture against the defendant currency and/or to obtain an indictment alleging that the defendant currency is subject to forfeiture.

6.       By Stipulation and Order filed June 21, 2021, the parties stipulated to extend to August 17, 2021, the time in which the United States is required to file a civil complaint for forfeiture against the defendant currency and/or to obtain an indictment alleging that the defendant currency is subject to forfeiture.

7.       By Stipulation and Order filed August 17, 2021, the parties stipulated to extend to October 18, 2021, the time in which the United States is required to file a civil complaint for forfeiture against the defendant currency and/or to obtain an indictment alleging that the defendant currency is subject to forfeiture.

8.       By Stipulation and Order filed October 22, 2021, the parties stipulated to extend to December 17, 2021, the time in which the United States is required to file a civil complaint for forfeiture against the defendant currency and/or to obtain an indictment alleging that the defendant currency is subject to forfeiture.

9.       By Stipulation and Order filed December 22, 2021, the parties stipulated to extend to February 15, 2022, the time in which the United States is required to file a civil complaint for forfeiture against the defendant currency and/or to obtain an indictment alleging that the defendant currency is

subject to forfeiture.

10. By Stipulation and Order filed February 16, 2022, the parties stipulated to extend to May 16, 2022, the time in which the United States is required to file a civil complaint for forfeiture against the defendant currency and/or to obtain an indictment alleging that the defendant currency is subject to forfeiture.

11. By Stipulation and Order filed May 25, 2022, the parties stipulated to extend to August 15, 2022, the time in which the United States is required to file a civil complaint for forfeiture against the defendant currency and/or to obtain an indictment alleging that the defendant currency is subject to forfeiture.

12. By Stipulation and Order filed August 22, 2022, the parties stipulated to extend to November 14, 2022, the time in which the United States is required to file a civil complaint for forfeiture against the defendant currency and/or to obtain an indictment alleging that the defendant currency is subject to forfeiture.

13. As provided in 18 U.S.C. § 983(a)(3)(A), the parties wish by agreement to further extend to January 13, 2023, the time in which the United States is required to file a civil complaint for forfeiture against the defendant currency and/or to obtain an indictment alleging that the defendant currency is subject to forfeiture.

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

Stipulation and Order to Extend Time

14.     Accordingly, the parties agree that the deadline by which the United States shall be required to file a complaint for forfeiture against the defendant currency and/or to obtain an indictment alleging that the defendant currency is subject to forfeiture shall be extended to January 13, 2023.

Dated:   11/9/2022                                   PHILLIP A. TALBERT
                                                     United States Attorney

                                          By:     /s/ Kevin C. Khasigian
                                                     KEVIN C. KHASIGIAN
                                                     Assistant U.S. Attorney

Dated:   11/8/2022                                   /s/ Mark J. Reichel
                                                     MARK J. REICHEL
                                                     Attorney for potential claimants
                                                     Xiaobing Wang, Min Guo, and Lianfeng Li
                                                     (Signature authorized by email)

        IT IS SO ORDERED.

Dated:  November 16, 2022

_____
MORRISON C. ENGLAND, JR.
SENIOR UNITED STATES DISTRICT JUDGE

Stipulation and Order to Extend Time